AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means        ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
12/29/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____TV_____ DEPUTY

In the Matter of the Search of )
3480 2nd Avenue, Los Angeles, CA 90018 )
) **Case No. 2-23-MJ-6198**
) **AMENDED**
)
)
)
)
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A-1*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 12/6/2023 @ 1:17 p.m.            *[signature]*
                                                      Judge's signature

City and state: Los Angeles, CA            Hon. Jean Rosenbluth, U.S. Magistrate Judge
                                            *Printed name and title*

AUSA: K. Afia Bondero (x2435)

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 2:23-MJ-06198 | Date and time warrant executed: 12/7/2023 | Copy of warrant and inventory left with: Samuel Eli Cohen |
| Inventory made in the presence of: USPIS W. Claiborne / Lee Versoza |||
| Inventory of the property taken and name of any person(s) seized: <br><br> See Attached |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/29/2023

_Executing officer's signature_

Wilferd Claiborne U.S. Postal Inspector
_Printed name and title_

| Barcode# | Responsible Party | Property Type | Narc Type | Measurement Type | Measurement Value | Item Description |
|---|---|---|---|---|---|---|
| A01516755 | WILFORD CLAIBORNE III | Cash or Bear Instrument | | | | $15,391. room b inside black "LV" bag |
| A01516756 | WILFORD CLAIBORNE III | Document/Check | | | | 3 FedEx receipts 1 USPS Money Order |
| A01516757 | WILFORD CLAIBORNE III | Drug Paraphernalia | | | | 2 Digital Scales |
| A01516758 | WILFORD CLAIBORNE III | Computer/Equipment | | | | Apple Computer (laptop) |
| A01516759 | WILFORD CLAIBORNE III | Computer/Equipment | | | | black Tower Computer |
| A01516762 | WILFORD CLAIBORNE III | Narcotics Controlled Substances | Other Controlled Substances | Solid(Gram) | 2.00 | pills labeled as Alprazolam |
| A01516763 | WILFORD CLAIBORNE III | Narcotics Controlled Substances | Ecstasy (MDMA) | Solid(Gram) | 0.70 | brown powder labeled as MDMA weighing .7 gg |
| A01516765 | WILFORD CLAIBORNE III | Cash or Bear Instrument | | | | $10,045 room J Closet dresser top shelf |
| A01516766 | WILFORD CLAIBORNE III | Narcotics Controlled Substances | Other Controlled Substances | Solid(Gram) | 43.00 | pills labeled as alprazolam (Xanax) weighing approximately 43 gg |
| A01516767 | WILFORD CLAIBORNE III | Narcotics Controlled Substances | Cocaine | Solid(Gram) | 74.00 | White Powder substance which field tested positive as cocaine |
| A01516768 | WILFORD CLAIBORNE III | Drug Paraphernalia | | | | Narcan and fentanyl test strips |
| A01516769 | WILFORD CLAIBORNE III | Narcotics Controlled Substances | Mushrooms | Solid(Gram) | 2,470.00 | Mushrooms found in BMW car in room O |
| A01516770 | WILFORD CLAIBORNE III | Drug Paraphernalia | | | | Digital scale |
| A01516771 | WILFORD CLAIBORNE III | Drug Paraphernalia | | | | Empty pill capsules |
| A01516772 | WILFORD CLAIBORNE III | Narcotics Controlled Substances | Marijuana | Solid(Gram) | 5.00 | 6 prerolls wighing 5 gg |
| A01516773 | WILFORD CLAIBORNE III | Cash or Bear Instrument | | | | $173 from BMW. |
| A01516774 | WILFORD CLAIBORNE III | Computer/Equipment | | | | 2 san disk memory cards |

| ID | Name | Category | Substance | Form | Amount | Description |
|---|---|---|---|---|---|---|
| A01600178 | WILFORD CLAIBORNE III | Narcotics Controlled Substances | Cocaine | Solid(Gram) | 11.00 | Pill bottle with pink powder which field tested positive as cocaine weighing approximately 11 gross grams |
| A01600180 | WILFORD CLAIBORNE III | Narcotics Controlled Substances | Other Controlled Substances | Solid(Gram) | 0.80 | unknown single green pill weighing approximately .8 gg |
| A01600181 | WILFORD CLAIBORNE III | Narcotics Controlled Substances | Ecstasy (MDMA) | Solid(Gram) | 51.00 | multiple white pills labeled as MDMA weighing 51 gg |
| A01600444 | WILFORD CLAIBORNE III | Drug Parcel Packaging/Wrappings | | | | parcel wrappings including books and wrapping paper. |
| A01600445 | WILFORD CLAIBORNE III | Narcotics Controlled Substances | Ketamine | Solid(Gram) | 2.00 | 2 gross grams of white powder which field tested positive as ketamine |
| A01600633 | WILFORD CLAIBORNE III | Narcotics Controlled Substances | Marijuana | Solid(Gram) | 1,035.00 | 1035 Gross Grams of green leafy substance suspected to be marijuana |
| A01600635 | WILFORD CLAIBORNE III | Narcotics Controlled Substances | Marijuana | Solid(Gram) | 1,614.00 | 1614 Gross Grams of green Leafy substance suspected to be marijuana |
| A01600636 | WILFORD CLAIBORNE III | Drug Parcel Packaging/Wrappings | | | | USPS Tracking # LZ223875928 6US Parcel wrappings |
| A01600637 | WILFORD CLAIBORNE III | Drug Parcel Packaging/Wrappings | | | | USPS Tracking # LZ263322838US Parcel wrappings |
| A01600638 | WILFORD CLAIBORNE III | Narcotics Controlled Substances | Marijuana | Solid(Gram) | 1,088.00 | 1088 Gross Grams of green leafy substance suspected to be marijuana |
| A01600639 | WILFORD CLAIBORNE III | Drug Parcel Packaging/Wrappings | | | | USPS Tracking # LZ263321625US Parcel wrappings |
| A01658693 | WILFORD CLAIBORNE III | Drug Parcel Packaging/Wrappings | | | | Parcel EI303732175US and its wrappings from what is believed to be narcotics |
| A01658687 | Taylor E Ginley | Narcotics Controlled Substances | Other Non-Controlled Substances | Solid(Gram) | 154.00 | 154 gross grams of orange pills labeled as I-2 Ibuprofen |
| A01658688 | Taylor E Ginley | Narcotics Controlled Substances | Other Controlled Substances | Solid(Gram) | 39.00 | 39 gross grams of pills suspected to be xanax |

| | | Narcotics Controlled Substances | Synthetic Opioid (Fentanyl and other Derivatives) | Solid(Gram) | | |
|---|---|---|---|---|---|---|
| A01658689 | Taylor E Ginley | | | | 467.00 | 467 gross grams of M30 pills suspected to contain fentanyl |
| A01516760 | JASON L SHADLE | Communication Devices | | | | iPhone with gray-blue back. Eli Cohen identified himself as the owner |
| A01516761 | JASON L SHADLE | Communication Devices | | | | iPhone green back. Eli Cohen Identified himself as the owner |